7454. DEAN *v.* CITY OF ATLANTA.

BROYLES, J. The judgment of the recorder was authorized by the evidence, and the judge of the superior court did not err in overruling the certiorari.　　　　　　　　　　　*Judgment affirmed.*

DECIDED JUNE 27, 1916.

Certiorari; from Fulton superior court—Judge Bell. March 16, 1916.

*Nalley & Scott*, for plaintiff in error.

*J. L. Mayson, S. D. Hewlett*, contra.